# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO PERALEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>GREGORY CATTON, et al.,<br><br>          Defendants. | Case No.  1:14-cv-00436-SKO<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN FORTY-FIVE DAYS |

The Court conducted a settlement conference in this action on January 25, 2016, at which the parties reached a settlement agreement.  Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;

2. The parties shall file dispositional documents within forty-five (45) days from the date of service of this order; and

3. The Court shall retain jurisdiction to enforce the settlement agreement reached by the parties.

IT IS SO ORDERED.

Dated:   **January 25, 2016**                                     _____
                                                                                    UNITED STATES MAGISTRATE JUDGE

1