1
2
3
4
5
6
7
8
9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARIO PERALEZ,

               Plaintiff,

    v.

GREGORY CATTON, et al.,

           Defendants.
_____/

Case No.  1:14-cv-00436-SKO

**ORDER DIRECTING CLERK OF COURT TO CLOSE THE CASE**

      At a settlement conference on January 25, 2016, this case was settled and the terms of the parties' settlement were placed on the record.  On March 11, 2016, the parties filed a stipulation for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) with prejudice and without costs or fees to either party.  Once a stipulation between parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal.  Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999).

1    Accordingly, this case has been dismissed pursuant to the terms of the parties' stipulation,

2  and the Clerk of Court is DIRECTED to close this case.

3

4  IT IS SO ORDERED.

5  Dated:   **March 15, 2016**                                    **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28